# DOCUMENT REMOVED

# FILED IN INCORRECT CASE